IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRANSPORTATION MANAGEMENT SERVICES, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>ANDREW RIPANI, *et al.*,<br><br>*Defendants*. | Civil Case No.: 1-25-cv-00135-ABA |

## ORDER

Upon consideration of Defendants Tailtu Event Services, LLC, and Tim Gerrity's Consent Motion to Extend the Scheduling Order (ECF No. 56) , it is on this 3rd day of December, 2025:

**ORDERED**, that the Defendants Motion is **GRANTED**; and it is further

**ORDERED**, that the Scheduling Order has been modified to the following schedule:

- January 5, 2026 – Plaintiff's Rule 26(a)(2) disclosures.

- February 5, 2026 – Defendants' Rule 26(a)(2) disclosures.

- February 19, 2026 – Plaintiff's Rule 26(a)(2) rebuttal disclosures.

- February 26, 2026 – Rule 26(e)(2) supplementation of disclosures and responses

- March 27, 2026 – Discovery deadline and submission of status report.

- April 27, 2026 – Dispositive pretrial motions deadline.

**IT IS SO ORDERED:**

*/s/*
Adam B. Abelson
United States District Judge